# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MICHAEL DANIELS,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 15-CV-1440-JPS

**ORDER**

On November 30, 2015, Petitioner filed a motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. (Docket #1). On August 29, 2016, the Court issued an order staying this matter pending resolution of several appeals before the Seventh Circuit relating to the effect of *Johnson v. United States*, 135 S. Ct. 2551 (2015), on the petition. (Docket #13). Also at that time, another pertinent case, *Beckles v. United States*, No. 15-8544, was pending in the Supreme Court. (Docket #15 at 1).

*Beckles* was decided on March 6, 2017. *Beckles*, 2017 WL 855781 (U.S. Mar. 6, 2017). Currently before the Court is Petitioner's unopposed motion to lift the stay and permit the parties to brief their positions on the merits of the petition in light of *Beckles* and other relevant precedent. (Docket #15). The parties have agreed to a quick briefing schedule and the submission of simultaneous briefs on their respective positions in late April. *Id.* at 2–3. The Court will oblige their request.

Accordingly,

**IT IS ORDERED** that Petitioner's unopposed motion to lift the stay and set a briefing schedule (Docket #15) be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the stay in this matter be and the same is hereby **LIFTED**;

**IT IS FURTHER ORDERED** that the parties shall each file a brief of not more than twenty (20) pages advancing their respective positions on the above-described matters no later than April 28, 2017; and

**IT IS FURTHER ORDERED** that each party shall respond to the brief of their opponent no later than May 12, 2017. The response brief shall not exceed ten (10) pages. No reply briefs will be permitted.

Dated at Milwaukee, Wisconsin, this 27th day of March, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge